DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

------------------------

WHEREAS, in my judgment, the public interest so requires; Now, therefore, in accordance with the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable

Jane M. Beckering

United States District Judge for the Western District of Michigan, to hold a district court in the Eastern District of Michigan to hear the cases of *Rockenhaus v. Agapiou, et al.,* Case No. 25-cv-12736, and *Rockenhaus v. Agapiou, et al.,* Case No, 25-cv-12716, and for such additional time in advance thereof to prepare for the trial of case, or thereafter as may be required to complete unfinished business.

*/s/ Jeffrey S. Sutton*
_____
Jeffrey S. Sutton, Chief Judge
United States Court of Appeals
    for the Sixth Circuit

Dated:   October 17, 2025

Designation 25-28