UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF DESIGNATION
OF A MAGISTRATE JUDGE IN                              Administrative Order No. 25-CA-099
CASE Nos. 2:25-cv-12736, 2:25-cv-12716

_____/

WHEREAS, in my judgment, the public interest so requires;

Now, therefore, in accordance with the provisions of Title 28, United States Code, Section 636, I do hereby designate and assign the Honorable

Sally J. Berens

United States Magistrate Judge for the Western District of Michigan, to hold a court in the Eastern District of Michigan to hear the cases of *Rockenhaus v. Agapiou, et al.*, Case No. 2:25-cv-12736, and *Rockenhaus v. Agapiou, et al.*, Case No, 2:25-cv-12716, and for such additional time in advance thereof to prepare for the trial of case, or thereafter as may be required to complete unfinished business.

A copy of this Administrative Order shall be filed in each of the above-referenced cases.

FOR THE COURT:

Dated: October 31, 2025

HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE