# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

ROCKENHAUS,

    Plaintiff,

vs.

AGAPIOU, et al

    Defendants.

Case No. 2:25-cv-12716 and
Case No. 2:25-cv-12736

District Judge Jane M. Beckering
Magistrate Judge Sally J. Berens

## DESIGNATION ORDER OF A MAGISTRATE JUDGE
## FOR SERVICE IN ANOTHER DISTRICT

    Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

    Due to exigencies, the above-captioned civil cases in the Eastern District of Michigan have been assigned to the Honorable Jane M. Beckering, a United States District Judge in the Western District of Michigan. This assignment has created an emergency situation in the Eastern District of Michigan due to the unavailability of an Eastern District of Michigan magistrate judge to assist the judge with the work on these cases. For this reason, the Court certifies the need for assistance from a visiting United States magistrate judge from the Western District of Michigan. The Honorable Sally J. Berens has been randomly selected to serve as the assigned magistrate judge for these cases during its pendency in the Court.

    **IT IS THEREFORE ORDERED**, with the concurrence of the Honorable Hala Y. Jarbou, Chief Judge of the Western District of Michigan, and the Honorable Stephen J. Murphy, III, Chief Judge of the Eastern District of Michigan, that United States Magistrate Judge Sally J. Berens is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. § 636 (a), (b), and (c), on an as needed basis, in the Eastern District of Michigan until the proceedings in these cases have concluded.

Dated: 11.4.25

Hon. Stephen J. Murphy, III
Chief United States District Judge
Eastern District of Michigan