UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONRAD ROCKENHAUS,

    Plaintiff,

v.

STYLIANOS AGAPIOU, United States Probation Officer; JEFFRY KONAL, Supervising United States Probation Officer; DION THOMAS, Deputy Chief United States Probation Officer,

    Defendants.

Civil No. 25-12716

Honorable Jane M. Beckering
Magistrate Judge Sally J. Berens

## NOTICE OF MOTION TO CONSOLIDATE

The U.S. Attorney's Office notifies the Court that, pursuant to Federal Rule of Civil Procedure 42(a), it has filed a motion to consolidate this case with Case No. 25-12736.

                                    Respectfully submitted,

                                    JEROME F. GORGON JR.
                                    UNITED STATES ATTORNEY

                                    */s/ Benjamin A. Anchill*
                                    BENJAMIN A. ANCHILL (P70968)
                                    Assistant United States Attorney
                                    211 W. Fort Street, Ste. 2001
                                    Detroit, Michigan 48226
                                    (313) 226-9566
                                    benjamin.anchill@usdoj.gov
Dated: November 17, 2025                *Attorneys for Defendants*

**Certification of Service**

I certify that on November 17, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system.

In addition, I certify that Sara Verdun, Legal Assistant assigned to the Civil Defensive Litigation Unit of the United States Attorney's Office, sent the foregoing via U.S. mail on November 17, 2025, to the following:

Conrad Rockenhaus
2468 Fernwood Ave
Ann Arbor, MI 48104

Adrienne Rockenhaus
35560 Grand River Ave 244
Farmington Hills, MI 48335

*/s/ Benjamin A. Anchill*
BENJAMIN A. ANCHILL