UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONRAD ROCKENHAUS,

     Plaintiff,

v.                                                                    Hon. Jane M. Beckering

STYLIANOS AGAPIOU, et al.,                          Case No. 2:25-cv-12716

     Defendants.

## REPORT AND RECOMMENDATION

This case was filed on August 28, 2025, alleging violations of Plaintiff's civil rights. The application Plaintiff submitted to proceed without payment of the filing fee did not contain the information necessary to determine Plaintiff's financial status. On November 4, 2025, the Court ordered Plaintiff to submit an amended application on AO Form 239 within seven days. (ECF No. 6.) Plaintiff has failed to submit the amended application.

As such, the undersigned hereby recommends that this matter be dismissed pursuant to Fed. R. Civ. P. 41(b) and E.D. Mich. LR 41.2 for want of prosecution and failure to comply with the rules and orders of this Court. Timely objections to this Report and Recommendation shall be considered Plaintiff's opportunity to show cause why this matter should not be dismissed.

Dated: December 8, 2025                    /s/ Sally J. Berens
                                         SALLY J. BERENS
                                         U.S. Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time waives the right to appeal the District Court's order.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).