UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CONRAD ROCKENHAUS,

    Plaintiff,

v.                                                  Hon. Jane M. Beckering

STYLIANOS AGAPIOU, et al.,           Case No. 2:25-cv-12716

    Defendants.

**ORDER**

This matter is before the Court on the Motion of Adrienne Rockenhaus to Proceed as Next Friend, Objections to Report and Recommendation (ECF No. 9), and Request for Stay of Proceedings. (ECF No. 10.) Adrienne Rockenhaus is neither a party nor an attorney in this case and, therefore, may not submit any documents for filing. Moreover, because it appears that Adrienne Rockenhaus is not a licensed attorney, she may not appear for her husband in this action. *See Hamilton Beach Brands, Inc. v. Estate of Moore*, No. 1:24-mc-25, 2025 WL 2058882, at *2 (E.D. Tenn. July 23, 2025) (noting that federal law "does not authorize non-lawyers to represent other individuals or entities before the Court," and "[t]his is true regardless of the relationship between the pro se individual and the party to be represented"). As such,

IT IS HEREBY ORDERED that the Motion of Adrienne Rockenhaus to Proceed as Next Friend, Objections to Report and Recommendation (ECF No. 9), and Request for Stay of Proceedings (ECF No. 10) is **STRICKEN** from the record.

IT IS SO ORDERED.

Dated: December 16, 2025                                  /s/ Sally J. Berens
                                                                                 SALLY J. BERENS
                                                                                 U.S. Magistrate Judge