MIE (Rev.08/2020) Notice of Change of Address

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Conrad Rockenhaus
Plaintiff(s),

Case No. 25: CJ 12716

v. Agapiou Et. al

Judge _____

Defendant(s).
_____/

FILED

DEC 17 2025

CLERK'S OFFICE
DETROIT

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 11.2, I, _____, notify the Court that my

address has changed as listed below:

### Old Address

Street Address: 2468 Fernwood Ave

City, State, Zip Code: Ann Arbor, MI 48104

Phone Number: 3350

### New Address

Street Address: 35560 Grand River Ave 244

City, State, Zip Code: Farmington Hills, MI 48335

Phone Number: 734-585-6277

Note: If you have more than one case, you must file a notice of change of address in each case.

Date: Dec 17, 2025

_____
Signature

_____
Printed Name