UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CONRAD ROCKENHAUS,

    Plaintiff,

v.

STYLIANOS AGAPIOU, et al.,

    Defendants.
_____/

Case No: 2:25-cv-12716

HON. JANE M. BECKERING

## **ORDER**

After Plaintiff failed to submit an amended application to proceed *in forma pauperis* as required (*see* ECF No. 6), the Magistrate Judge issued a Report and Recommendation (ECF No. 9) on December 8, 2025, recommending that this matter be dismissed for want of prosecution and failure to comply with the rules and orders of this Court. Plaintiff had fourteen days from the date of service of the Report and Recommendation to file any objections. Rather than submit objections, the court record indicates that Plaintiff paid the full filing fee on December 18, 2025, which was within the 14-day period to file the objections. In light of these circumstances:

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 2) and the December 8, 2025 Report and Recommendation (ECF No. 9) are DISMISSED as moot.

**IT IS FURTHER ORDERED** that Plaintiff shall, not later than February 4, 2026, complete service of process on Defendants or file a verified petition RE: Service of Process, advising the Court:

    A.    That the case should not be dismissed as to the unserved defendant(s);

    B.    That the failure to obtain service upon the defendant(s) is not due to the fault of the party or counsel seeking to avoid dismissal;

    C.    The reasons why the case against the unserved defendant(s) should not be dismissed, set forth in detail; and

    D.    That service will be effected on the defendant(s) within twenty-eight (28) days of the date of the petition.

By executing the petition RE: Service of Process, Plaintiff need not appear in support thereof until and/or unless so notified by the Court. If dismissal of the case is satisfactory to Plaintiff, no action is required. An Order of Dismissal shall be issued.

**IT IS FURTHER ORDERED** that Plaintiff is placed on notice that failure to comply with the specific directives and orders of this Court in their entirety may result in sanctions, including dismissal of this action.

Dated: January 7, 2026                                                       /s/ Jane M. Beckering  
                                                                                  JANE M. BECKERING  
                                                                                 United States District Judge