UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONRAD ROCKENHAUS and ADRIENNE
ROCKENHAUS,

    Plaintiffs,

v.

STYLIANOS AGAPIOU, et al.,

    Defendants.

_____/

Hon. Jane M. Beckering

Case No. 2:25-cv-12716

**FILED**
FEB 0 2 2026
CLERK'S OFFICE
DETROIT

**ORDER**

This matter is before the Court on Plaintiff Adrienne Rockenhaus's Notice of Inability to Comply with Consolidation Order, Assertion of Plaintiff Status, and Conditional Motion for Appointment of Counsel. (ECF No. 19). Plaintiff raises several issues in her filing, which are addressed below.

**I.    Notice of Inability to Comply and Request for Accommodation**

Plaintiff first asserts that due to her PTSD symptoms, which are "notably exacerbated in

STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
LEVIN UNITED STATES COURTHOUSE
EST LAFAYETTE BLVD.-ROOM 564
ETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

METROPLEX MI 480
20 JAN 2026 PM 3

**RECEIVED**
FEB 2 2026
CLERK'S OFFICE
DETROIT

US POSTAGE
ZIP 48226 $ 001.0
02 7W
0008037343 JAN. 20. 20

ADRIENNE ROCKENHAUS

2468 FERNWOOD AVE
ANN ARBOR, MI 48104

NIXIE

RETURN TO SENDER
UNABLE TO FORWARD