2/12/26

Court Clerk,

Please be advised my address temporarily is:

Conrad Rockenhaus
39400-480
FCI Milan
PO Box 1000
Milan, MI 48160



F I L E D
FEB 18 2026
CLERK'S OFFICE
DETROIT

I am not receiving CM/ECF notices for case
No 2:25-CU-12716-JMB-SJB and require letter notices.

Thanks,

[signature]

Conrad Reckenhus
NAME

39400-460
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED
FEB 18 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

METROPLEX MI 480

13 FEB 2026 PM 6 L

United States District Court
Eastern District of Michigan
Attn: Court Clerk
231 West Lafayette Boulevard, 5th Fl
Detroit, MI 48226

48226-270099