UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Adrienne Rockenhaus
Conrad Rockenhaus
           Plaintiffs

    v

Dean Thomas
Tefry Konal
Stiycnos Asipu, etal
           Defendants

FILED

FEB 18 2026

CLERK'S OFFICE
DETROIT

Case No
2:25-cv-12716-JMB-SJB

## MOTION TO SEVER

Plaintiff Conrad Rockenhaus has been advised that his Bivens claim has been combined with his wife, Plaintiff Adrienne Rockenhaus. Due to various factors, including a breakdown of the interpersonal familial framework, Plaintiff Conrad Rockenhaus believes that comingling his claims with his spouse's claims will place his claim in jeopardy and brings prejudice to his case.

Plaintiff Conrad Rockenhaus requests if additional briefing and/or evidence is required to grant this motion, he be allowed to submit it under seal.

Respectfully Submitted,

Conrad Uhy
2/12/2026

Case 2:25-cv-12716-JMB-SJB   ECF No. 24, PageID.152   Filed 02/18/26   Page 2 of 2

Conrad Rackenhus
NAME

39400-460
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480

13 FEB 2026   PM 6 L



RECEIVED
FEB 18 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

United States District Court
Eastern District of Michigan
Attn: Court Clerk
231 West Lafayette Boulevard, 5th Fl
Detroit, MI 48226

48226-270099