UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED

FEB 20 2026

CLERK'S OFFICE
DETROIT

Adrienne Rockenhaus
Conrad Rockenhaus

Plaintiffs

v.

Deon Thomas

Jeffry Koral

Stryanos Agupr, et al

Case No: 2.25CV-12716-JMB-SJB

## MOTION FOR EMERGENCY PROTECTIVE ORDER TO RETAIN RECORDS

Plaintiff Conrad Rockenhaus, In Pro Per, asks that this Honorable Court grant an Emergency Protective Order ("EPO") which orders Non-Parties Livingston County Jail ("LCJ") and The Bureau of Prisons ("BOP") as well as party Plaintiff Adrienne Rockenhaus ("Adrienne") to retain all records from 09/07/25 to present that may need to be produced for Plaintiff Conrad Rockenhaus ("Conrad"). Conrad's previously filed motion to sever Adrienne from this case may require production of these records at a future date, and Conrad is not requesting production at this time, only an order to protect and retain the requested information.

Conrad requests that LCJ and BOP be ordered to retain all visit logs, all electronic and physical correspondence that he sent and received, all call logs and recordings, any medical records and any official electronic and physical correspondence regarding him within the time period. Conrad requests that Adrienne be ordered to retain all electronic and physical correspondence, Social Media Posts, call logs, call recordings and voicemails, video recordings, financial documents, and any other documents that relate to Conrad and/or relate or could have any affect or would be of any interest to the interpersonal familial framework between the Plaintiffs.

Conrad feels that safeguarding these records is required as production may be need to further litigate his motion to sever.

Respectfully Submitted,

Conrad

2/13/2026

Conrad Rockenhaus
NAME

39400-480
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED

FEB 20 2026

CLERK'S OFFICE
U.S. DISTRICT COURT

Legal Court
Mail

METROPLEX MI 480

17 FEB 2026   PM 15 L



U.S. MARSHALS

Theodore Levin United States Courthouse/Clerk
231 West Lafayette Boulevard, 5th Floor
Detroit, MI 48226

48226-277758