UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONRAD ROCKENHAUS,

     Plaintiff,

v.                                      Hon. Jane M. Beckering

STYLIANOS AGAPIOU, et al.,            Case No. 2:25-cv-12716

     Defendants.

_____

ADRIENNE ROCKENHAUS,            Hon. Jane M. Beckering

     Plaintiff,                       Case No. 2:25-cv-12736

v.

STYLIANOS AGAPIOU, et al.,

     Defendants.

_____/

**ORDER**

This matter is before the Court on Plaintiff Conrad Rockenhaus's Motion to Sever (ECF No. 24.) For the reasons articulated below, the motion will be granted.

In his motion to sever, Plaintiff Conrad asserts that due to various factors, including "a breakdown of the interpersonal famil[i]al framework," his claims will be prejudiced by combining them with his spouse's claims. (*Id.*) Giving due consideration to the motion, as well as Plaintiff Conrad's present circumstances and both Plaintiffs' individual interests, the Court finds that returning these consolidated cases to their separate statuses will promote judicial efficiency, ease of administration, and the parties' respective interests. Accordingly,

**IT IS HEREBY ORDERED** that Case No. 2:25-cv-12716, *Conrad Rockenhaus v. Agapiou, et al.*, and Case No. 2:25-cv-12736, *Adrienne Rockenhaus v. Agapiou, et al.*, are severed, and the Clerk shall reopen Case No. 2:25-cv-12736.

**IT IS FURTHER ORDERED** that the Court's January 8, 2026 Order (ECF No. 105) is **vacated** to the extent it orders consolidation and the filing of a consolidated complaint and the Court's January 16, 2026 Order (ECF No. 20) is **vacated** to the extent it addresses the foregoing consolidated complaint. Both orders remain in effect as to all other matters.

Dated: March 6, 2026     /s/ Sally J. Berens
                         SALLY J. BERENS
                         U.S. Magistrate Judge

2