**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CONRAD ROCKENHAUS,

ADRIENNE ROCKENHAUS
        Plaintiffs

v.

STYLIANOS AGAPIOU, et al.,
        Defendants.
_____/

Case No. 2:25-cv-12716
Hon. Jane M. Beckering

**NOTICE OF CHANGE OF ADDRESS**

Plaintiff in Pro Per, Conrad Rockenhaus, hereby notifies the court of his new address:

312 West Huron Street
Ann Arbor, MI 48103
Email: conradrockenhausa2@gmail.com

    /s/
    Conrad Rockenhaus
    Plaintiff in Pro Per