**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CONRAD ROCKENHAUS,

        Plaintiff

v.

STYLIANOS AGAPIOU, et al.,
        Defendants.
_____/

Case No. 2:25-cv-12716
Hon. Jane M. Beckering

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER REGARDING THEFT OF LITIGATION FUNDS AND SEIZURE OF EVIDENTIARY DEVICES**

Plaintiff Conrad Rockenhaus, appearing *pro se*, respectfully moves this Honorable Court pursuant to Fed. R. Civ. P. 65 for a Preliminary Injunction and Temporary Restraining Order against Adrienne Rockenhaus. Plaintiff seeks an Order compelling the immediate return of his March 2026 Veterans Disability Compensation funds, his physical computing devices, and the restoration of access to his professional email accounts. In support, Plaintiff states:

1. Adrienne Rockenhaus is currently withholding Plaintiff's March 2026 VA Disability payment of $4,500, rendering Plaintiff homeless and unable to fund this litigation.

2. Furthermore, Adrienne Rockenhaus has seized and refused to return Plaintiff's primary evidentiary tools: his iPhone 16e, iPad, and Mac Mini. These devices contain years of correspondence, financial records, and data central to the claims in this *Bivens* action.

3. Adrienne Rockenhaus has further obstructed Plaintiff's access to the courts by locking him out of his primary professional and legal email accounts: conrad@rockenhaus.com and conrad@cannabytes.net.

4.  These accounts contain the very evidence Plaintiff needs to respond to motions and prove his claims. By denying access to these digital assets, Adrienne Rockenhaus is actively preventing Plaintiff from gathering discovery and communicating with legal resources.

5.  Without the immediate intervention of this Court, Plaintiff will suffer irreparable harm as he is functionally barred from participating in his own civil rights lawsuit.

**WHEREFORE**, Plaintiff respectfully requests that this Court issue a Preliminary Injunction ordering Adrienne Rockenhaus to: (1) Return the March 2026 funds; (2) Return the iPhone 16e, iPad, and Mac Mini; and (3) Restore Plaintiff's full administrative access to his email accounts.

Respectfully submitted,

/s/
Conrad Rockenhaus
312 W. Huron St
Ann Arbor, MI 48103
crockenhaus@icloud.com
(254) 340-7910
Dated: March 10, 2026