**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CONRAD ROCKENHAUS,

        Plaintiff

v.

STYLIANOS AGAPIOU, et al.,
        Defendants.
_____/

Case No. 2:25-cv-12716
Hon. Jane M. Beckering

**AFFIDAVIT OF CONRAD ROCKENHAUS REGARDING INDIGENCY, HOMELESSNESS, AND OBSTRUCTION OF ACCESS TO EVIDENCE**

I, Conrad Rockenhaus, being first duly sworn, depose and state as follows based on my personal knowledge:

1. I am the Plaintiff in the above-captioned matter. I make this affidavit in support of my Motion for Preliminary Injunction and Temporary Restraining Order.

2. Upon my release from federal custody in March 2026, Adrienne Rockenhaus refused to return my personal property or release my funds.

3. As of the date of this filing, I am homeless on the streets of Ann Arbor, Michigan. I have no stable residence and no access to basic necessities due to the actions of Adrienne Rockenhaus.

4. Adrienne Rockenhaus is currently withholding my March 2026 Veterans Disability Compensation payment in the amount of $4,500.00. These funds represent my entire monthly income and my only means of securing housing and food.

5. Despite serving Adrienne Rockenhaus with a formal Certified Revocation of Funds on February 17, 2026, she has persisted in retaining my federal benefits without legal authorization.

6. Adrienne Rockenhaus is further in possession of my personal computing devices, specifically an iPhone 16e, an iPad, and a Mac Mini. These devices contain the primary evidentiary record and correspondence necessary to prosecute this *Bivens* action.

7. I am currently locked out of my legal and professional email accounts, conrad@rockenhaus.com and conrad@cannabytes.net, because Adrienne Rockenhaus has changed the administrative credentials. I cannot access years of discovery material and communications vital to my case.

8. Without the return of my funds and devices, I am financially and technologically unable to respond to court deadlines, conduct legal research, or communicate effectively with the Court or the Defendants.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of March, 2026.

Respectfully submitted,

/s/
Conrad Rockenhaus
312 W. Huron St
Ann Arbor, MI 48103
crockenhaus@icloud.com
(254) 340-7910
Dated: March 10, 2026