**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CONRAD ROCKENHAUS,

        Plaintiff

v.

STYLIANOS AGAPIOU, et al.,
        Defendants.
_____/

Case No. 2:25-cv-12716
Hon. Jane M. Beckering

**PLAINTIFF'S MOTION FOR AN EMERGENCY PRESERVATION ORDER DIRECTED AT ADRIENNE ROCKENHAUS AND THIRD-PARTY INSTITUTIONS**

Plaintiff Conrad Rockenhaus, appearing *pro se*, respectfully moves this Honorable Court for an Emergency Preservation Order. Plaintiff seeks to prevent the destruction, alteration, or deletion of evidence vital to the prosecution of this *Bivens* action, currently in the possession of Adrienne Rockenhaus, the Federal Bureau of Prisons (BOP), and the Livingston County Jail. In support, Plaintiff states:

1. This action involves claims of Constitutional violations during Plaintiff's incarceration. Central to these claims is the period during which Plaintiff was allegedly "incommunicado" and Adrienne Rockenhaus was his sole point of contact.

2. Adrienne Rockenhaus is currently in possession of Plaintiff's iPhone 16e, iPad, and Mac Mini. These devices contain the primary evidentiary record of communications, legal research, and financial transactions relevant to the claims against the Defendants.

3. Adrienne Rockenhaus further controls the administrative access to Plaintiff's legal and professional email accounts: conrad@rockenhaus.com and conrad@cannabytes.net. These accounts contain years of discovery material that Plaintiff requires to prove his case.

4. Because Plaintiff has alleged that Adrienne Rockenhaus acted with "Unclean Hands"—including the misappropriation of $27,000 in VA benefits and engaging in extramarital affairs starting in

October 2025—there is a significant risk that she will delete or alter communications (texts, emails, and call logs) to conceal her financial motive for keeping Plaintiff isolated.

5.  Furthermore, Plaintiff requires the preservation of all Livingston County Jail and BOP records, including:

- All TRULINCS message history and recorded phone calls;

- Incoming/outgoing mail logs and visitor logs;

- Any and all internal emails or official correspondence regarding Plaintiff's medical status or housing.

6.  There is an immediate risk of spoliation of evidence (destruction of records). Many correctional facilities overwrite call recordings every 30–90 days, and Adrienne Rockenhaus's current adversarial posture suggests she may delete digital data to obstruct this litigation.

WHEREFORE, Plaintiff requests that this Court issue an Order requiring Adrienne Rockenhaus and the relevant correctional institutions to preserve all electronic and physical evidence related to this matter until the conclusion of discovery.

Respectfully submitted,

/s/
Conrad Rockenhaus
312 W. Huron St
Ann Arbor, MI 48103
crockenhaus@icloud.com
(254) 340-7910
Dated: March 10, 2026