**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CONRAD ROCKENHAUS,

        Plaintiff

v.

STYLIANOS AGAPIOU, et al.,
        Defendants.

_____/

Case No. 2:25-cv-12716
Hon. Jane M. Beckering

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2026, I served a true and correct copy of the following documents:

1. Motion for Preliminary Injunction and Temporary Restraining Order;

2. Brief in Support of Preliminary Injunction;

3. Affidavit of Conrad Rockenhaus; and

4. Motion for an Emergency Preservation Order.

**Upon the following parties via e-mail/PACER:**

**Adrienne Rockenhaus** via Certified Mail, Return Receipt Requested, 35560 Grand River Ave, #244,

Farmington Hills, MI 48335

**Counsel for Defendants (If known)** via PACER/ECF

Respectfully submitted,

/s/
Conrad Rockenhaus
312 W. Huron St
Ann Arbor, MI 48103
crockenhaus@icloud.com
(254) 340-7910
Dated: March 10, 2026