**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CONRAD ROCKENHAUS,

        Plaintiff                    Case No. 2:25-cv-12716

                                            Hon. Jane M. Beckering

v.

STYLIANOS AGAPIOU, et al.,
                Defendants.

_____/

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE (FED. R. EVID. 201)**

Plaintiff, Conrad Rockenhaus, appearing *pro se*, respectfully moves this Court to take judicial notice of certain public records of the Third Judicial Circuit Court of Wayne County. This request is made pursuant to Federal Rule of Evidence 201(b)(2) and is relevant to the issues of retaliatory intent and the conduct of the parties in this litigation.

**I. MATTERS FOR WHICH NOTICE IS REQUESTED**

Plaintiff requests that the Court take judicial notice of the following adjudicative facts, which are matters of public record:

1. **State Court Filing:** The filing of a Petition for Personal Protection Order (PPO), Case No. 26-102221-PP, by Adrienne Rockenhaus against the Plaintiff on February 20, 2026.

2. **Date of Service:** The fact that Plaintiff was formally served with said PPO on March 2, 2026.

**II. LEGAL BASIS**

Federal Rule of Evidence 201(b)(2) permits a court to take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." It is well-settled

in the Sixth Circuit that "federal courts may take judicial notice of proceedings in other courts of record."

*Granader v. Public Bank*, 417 F.2d 75, 82 (6th Cir. 1969).

III. RELEVANCE TO BIVENS PROCEEDINGS

The timing of the state court filing is highly probative of the motive and retaliatory intent at issue in this

civil rights action:

- On February 18, 2026, Plaintiff filed a Motion to Sever in this case.

- On February 20, 2026, precisely 48 hours later, the PPO was initiated in state court.

The close temporal proximity between Plaintiff's assertion of legal rights in this federal forum and the

initiation of the state court PPO provides critical context regarding the ongoing efforts to interfere with

Plaintiff's access to the courts and his ability to prosecute this *Bivens* action.

**IV. CONCLUSION**

For the reasons stated above, Plaintiff respectfully requests that the Court take judicial notice of the

existence and filing date of the aforementioned state court record.

Respectfully submitted,

/s/
Conrad Rockenhaus
312 W. Huron St
Ann Arbor, MI 48103
crockenhaus@icloud.com
(254) 340-7910
Dated: March 10, 2026