**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CONRAD ROCKENHAUS,

        Plaintiff                            Case No. 2:25-cv-12716

                                            Hon. Jane M. Beckering

v.

STYLIANOS AGAPIOU, et al.,
               Defendants.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2026, I served a true and correct copy of the following documents:

1. Plaintiff's Request for Judicial Notice

2. Plaintiff's Notice of Related Cases

**Upon the following parties via e-mail/PACER:**

**Adrienne Rockenhaus** via Certified Mail, Return Receipt Requested, 35560 Grand River Ave, #244,

Farmington Hills, MI 48335

**Counsel for Defendants (If known)** via PACER/ECF

                                          Respectfully submitted,

                                              /s/
                                      Conrad Rockenhaus
                                      312 W. Huron St
                                      Ann Arbor, MI 48103
                                      crockenhaus@icloud.com
                                      (254) 340-7910
                                      Dated: March 10, 2026