**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CONRAD ROCKENHAUS,

        Petitioner

v.

Case No. 25-cv-12913
Hon. Jonathan J.C. Grey

TARNESEIA PRINGLE,
        Respondent.
_____/

CONRAD ROCKENHAUS,

        Plaintiff

v.

Case No. 2:25-cv-12716
Hon. Jane M. Beckering

STYLIANOS AGAPIOU, et al.,
        Defendants.
_____/

**NOTICE OF SUPPLEMENTAL FACT REGARDING ACTIVE FEDERAL INVESTIGATIONS**

Petitioner/Plaintiff, Conrad Rockenhaus, acting *pro se*, hereby provides notice to this Honorable Court of new and material facts regarding active federal investigations into the conduct of Adrienne Rockenhaus, a party/interested person in the above-captioned matters.

1. **VA OIG Investigation:** On March 10, 2026, the Department of Veterans Affairs Office of Inspector General (VA OIG) officially initiated a formal investigation into the misappropriation of Petitioner's federal veteran benefits. This investigation is assigned Case Number 2026-18750.

2. **SSA OIG Report:** Petitioner has further initiated a formal fraud report with the Social Security Administration Office of Inspector General (SSA OIG) regarding the unauthorized retention of six (6) months of Petitioner's SSDI benefits by Adrienne Rockenhaus.

3. **Relevance to Habeas Proceeding:** These investigations demonstrate an irreconcilable conflict of interest regarding Adrienne Rockenhaus's purported "Next Friend" standing. A person under active federal investigation for the theft of the Petitioner's federal funds cannot, as a matter of law or equity, be deemed "truly dedicated to the best interests" of the Petitioner.

4. **Relevance to Bivens Proceeding:** These facts provide objective, federal corroboration of the financial exploitation and tortious conduct alleged in the Plaintiff's complaint, undermining any defense that these matters are merely "domestic disputes."

5. **Retaliatory State Filings:** Petitioner notes that the timing of the state-level Personal Protection Order (PPO) filed by Adrienne Rockenhaus (Case No. 26-102221-PP) directly coincides with the Petitioner's efforts to seek federal accountability, suggesting the PPO was filed in bad faith to obstruct these federal inquiries.

Petitioner requests that this Court take judicial notice of these active federal investigations and consider their impact on the standing and credibility of Adrienne Rockenhaus in these proceedings.

Respectfully submitted,

/s/
Conrad Rockenhaus
312 W. Huron St
Ann Arbor, MI 48103
crockenhaus@icloud.com
(254) 340-7910
Dated: March 11, 2026