**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CONRAD ROCKENHAUS,

        Petitioner                                           Case No. 25-cv-12913
                                                                 Hon. Jonathan J.C. Grey

v.

TARNESEIA PRINGLE,
        Respondent.
_____/

CONRAD ROCKENHAUS,

        Plaintiff                                            Case No. 2:25-cv-12716
                                                                 Hon. Jane M. Beckering

v.

STYLIANOS AGAPIOU, et al.,
        Defendants.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2026, I served a true and correct copy of the following documents:

1.  Notice of Supplemental Fact Regarding Active Federal Investigations

**Upon the following parties via e-mail/PACER:**

**Adrienne Rockenhaus** via Certified Mail, Return Receipt Requested, 35560 Grand River Ave, #244,

Farmington Hills, MI 48335

**Counsel for Defendants (If known)** via PACER/ECF

                                           Respectfully submitted,

                                                   /s/
                                         Conrad Rockenhaus
                                         312 W. Huron St

Ann Arbor, MI 48103
crockenhaus@icloud.com
(254) 340-7910
Dated: March 11, 2026