UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CONRAD ROCKENHAUS,

     Plaintiff,

v.                                     Hon. Jane M. Beckering

STYLIANOS AGAPIOU, et al.,                Case No. 2:25-cv-12716

     Defendants.


**NOTICE OF IMPENDING DISMISSAL**

The court records indicate that more than 60 days have passed from the filing of the above complaint, and defendants have not been served. This notice serves to inform plaintiff that the action shall be dismissed without prejudice, unless plaintiff completes service of process within the extended time for service set forth below.

Pursuant to Rule 4(i), service on the United States and its agencies, corporations, officers, or employees may be accomplished by:

(1) United States. To serve the United States, a party must:

     (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or

     (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

     (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

     (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

(2) Agency; Corporation; Officer or Employee Sued in an Official Capacity. To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

(3) Officer or Employee Sued Individually. To serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g).Fed. R. Civ. P. 4(e). Rule 4(e)(2) does not permit service by mail. *Abel v. Harp*, 122 F. App'x 248, 250–51 (6th Cir. 2005). Michigan law does permit service on an individual by certified mail, but it must be return receipt requested, delivery restricted to the addressee, and the plaintiff must attach a copy of the return receipt signed by the defendant to the proof of service filed with the court. Mich. Ct. R. 2.105(A).

Therefore,

**IT IS ORDERED** that the period for service set forth in Federal Rule of Civil Procedure 4(m) is extended to **March 31, 2026**.

Date: March 11, 2026          /s/ Sally J. Berens
                                                        SALLY J. BERENS
                                                        U.S. Magistrate Judge