UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONRAD ROCKENHAUS,

     Plaintiff,

v.

STYLIANOS AGAPIOU, et al.,

     Defendants.

Hon. Jane M. Beckering

Case No. 2:25-cv-12716

_____/

## ORDER

On March 6, 2026, the Court granted Plaintiff's motion to sever and reopened Case No. 2:25-cv-12736 captioned *Adrienne Rockenhaus v. Agapiou, et al.* (ECF No. 27.) On March 11, 2026, Adrienne Rockenhaus filed two notices in this action. (ECF No. 37 and 38.) Because Adriene Rockenhaus is no longer a party to this action, the filing was improper. Therefore,

**IT IS HEREBY ORDERED** that the Clerk shall strike and remove ECF Nos. 37 and 38 from the docket in this matter and refile them in Case No. 2:25-cv-12736.

DATE: March 12, 2026

/s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge