UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONRAD ROCKENHAUS,

        Plaintiff

v.

STYLIANOS AGAPIOU, et al.,
        Defendants.
_____/

Case No. 2:25-cv-12716
Hon. Jane M. Beckering

### RESPONSE TO PLAINTIFF ADRIENNE ROCKENHAUS'S NOTICE OF STATE-CREATED DANGER

Plaintiff Conrad Rockenhaus submits this response to the "Notice of State-Created Danger" filed by Adrienne Rockenhaus on March 12, 2026.

**1. Refutation of the "Nebraska Proxy" Narrative** Ms. Rockenhaus alleges that a third party, Bre Newman, is acting as a "proxy" to draft and upload these motions from Nebraska. This narrative is categorically false. Mr. Rockenhaus is a veteran who, despite the hardships of homelessness and the illegal seizure of his electronic devices, is drafting and submitting his own legal work *pro se*.

While Ms. Rockenhaus claims Mr. Rockenhaus lacks the "cognitive legal capacity" to perform these tasks, his filings demonstrate a consistent effort to recover his property and advance his constitutional claims. Any suggestion that these filings are the work of a "proxy" is a diversion intended to delegitimize his standing before this Court.

Ms. Rockenhaus seems to underestimate Mr. Rockenhaus. After all, Mr. Rockenhaus is a combat veteran of three wars and was working on a PhD in Computer Science after recovering from a TBI he received in Afghanistan prior to his arrest for Computer Hacking. Mr. Rockenhaus is more than versatile in austere conditions and is quite capable of overcoming the homelessness scenario she has forced upon him. *Semper Victor.*

**2. Distinction Between the Federal Bivens Action and State PPO** The federal Bivens action concerns serious constitutional violations by government actors, including unprovoked head injuries and medical neglect. The state-level PPO mentioned in the Notice is a separate matter and does not provide a legal basis to stay or obstruct Mr. Rockenhaus's pursuit of justice in this federal forum. Besides, Ms. Rockenhaus will soon learn that the state-level PPO has a Motion to Terminate hearing pending once she is personally served with the paperwork, as Mr. Rockenhaus has gone to the trouble to get the ball rolling on terminating the PPO and pursuing an annulment of his marriage to Ms. Rockenhaus.

**3. Necessity of the Preliminary Injunction** Ms. Rockenhaus's filing requests "time to get safe" but fails to address her continued possession of Mr. Rockenhaus's essential litigation tools and funds. As detailed in the Motion for Preliminary Injunction filed on March 8, 2026, the return of the $4,500 in VA funds, iPhone 16e, iPad, and Mac Mini is required to restore Mr. Rockenhaus's ability to litigate on an even playing field.

**4. Conclusion**

The Court should not grant the requested stay or delay. The severance of the parties already provides Ms. Rockenhaus with the necessary separation she seeks. Mr. Rockenhaus's right to petition this Court and recover his stolen property must not be hindered by false narratives regarding the authorship of his pleadings.

Respectfully submitted,

/s/
Conrad Rockenhaus
312 W. Huron St
Ann Arbor, MI 48103
crockenhaus@icloud.com
(254) 340-7910
Dated: March 12, 2026

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CONRAD ROCKENHAUS,

        Plaintiff

v.

STYLIANOS AGAPIOU, et al.,
        Defendants.
_____/

Case No. 2:25-cv-12716
Hon. Jane M. Beckering

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, I served a true and correct copy of the following documents:

1.  Plaintiff's Response to Adrienne Rockenhaus' Notice of State Created Danger

**Upon the following parties via e-mail/PACER:**

**Adrienne Rockenhaus** via Certified Mail, Return Receipt Requested, 35560 Grand River Ave, #244,

Farmington Hills, MI 48335

**Counsel for Defendants (If known)** via PACER/ECF

Respectfully submitted,

/s/
Conrad Rockenhaus
312 W. Huron St
Ann Arbor, MI 48103
crockenhaus@icloud.com
(254) 340-7910
Dated: March 12, 2026