UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D

MAR 24 2026

CLERK'S OFFICE
DETROIT

CONRAD ROCKENHAUS,

     Plaintiff,

v.

STYLIANOS AGAPIOU, et al.,

     Defendants.

Hon. Jane M. Beckering

Case No. 2:25-cv-12716

ADRIENNE ROCKENHAUS,

     Plaintiff,

v.

STYLIANOS AGAPIOU, et al.,

     Defendants.

Hon. Jane M. Beckering

Case No. 2:25-cv-12736

     /

## ORDER

This matter is before the Court on Plaintiff Conrad Rockenhaus's Motion to Sever (ECF

No. 24 ) For the reasons

STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
E LEVIN UNITED STATES COURTHOUSE
EST LAFAYETTE BLVD. ROOM 564
ETROIT, MICHIGAN 48226

OFFICIAL BUSINESS





METROPLEX MI 480

10 MAR 2026PM 16

FIRST-CLASS

US POSTAGE

ZIP 48226   $ 000.74
02 7W
0008037343 MAR 09. 20

RECEIVED

MAR 24 2026

CLERK'S OFFICE
U.S. DISTRICT COURT

CONRAD ROCKENHAUS
39400-480
INMATE MAIL/PARCELS
312 W Huron St
Ann Arbor, MI 48103



NIXIE        482   CC 1              2203/20/20
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

SC: 48226271839      *1198-02090-20-27