UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED

MAR 24 2026

CLERK'S OFFICE
DETROIT

CONRAD ROCKENHAUS, et al.,

    Plaintiffs,

v.

    Case No. 2:25-cv-12716

    HON. JANE M. BECKERING

STYLIANOS AGAPIOU, et al.,

    Defendants.

_____/

## MEMORANDUM OPINION AND ORDER

This is a pro se civil rights action alleging violations of federal constitutional rights. Pending before the Court is Plaintiff Adrienne Rockensaus's Appeal to District Judge (ECF No. 21) from a January 16, 2026 pretrial Order of the Magistrate Judge denying Plaintiff's motion for appointment of counsel, motion for recusal, transfer, or stay, and motion for other miscellaneous relief (Order, ECF No. 20). *See generally* 28 U.S.C. § 636(b)(1)(A); FED. R. CIV. P. 72(a)

STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
LEVIN UNITED STATES COURTHOUSE
EST LAFAYETTE BLVD.-ROOM 564
ETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

FIRST-CLASS

US POSTAGE

ZIP 48226
02 7W
0008037343 FEB. 25 20:
$ 000.74

RECEIVED

MAR 24 2026

CLERK'S OFFICE
U.S. DISTRICT COURT

CONRAD ROCKENHAUS
312 W Huron ST
Ann Arbor, MI 48103

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

REF BC: 48226271839    *0890-01143-20-33
48226>2718