UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

F I L E D

APR 10 2026

CLERK'S OFFICE
DETROIT

CONRAD ROCKENHAUS,

Plaintiff,

v.

STYLIANOS AGAPIOU, et al.,

Defendants.

_____/

Hon. Jane M. Beckering

Case No. 2:25-cv-12716

**ORDER**

This matter is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 2). The Court updated the form required to apply to proceed without payment. Plaintiff shall, within seven days from entry of this order, submit an amended application on the required AO Form 239. The Clerk is directed to send Plaintiff the form Application to Proceed Without Payment of Filing Fee (AO 239).

IT IS SO ORDERED.



UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD.-ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

METROPLEX MI 480

US POSTAGE
ZIP 48226 $ 00
02 7W
0008037343 NOV. 0

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 48226271839   *2853-03578-06-4