**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

---

CONRAD ROCKENHAUS,

Plaintiff,

v.

STYLIANOS AGAPIOU, et al.,

Defendants.

Civil No. 2:25-cv-12716

Hon. Jane M. Beckering

Magistrate Judge Sally J. Berens

---

### NOTICE OF CHANGE OF ADDRESS

Plaintiff Conrad Rockenhaus, appearing pro se, hereby provides notice to the Court and all parties of his current mailing address, which supersedes all previously filed addresses in this matter:

> **Conrad Alan Rockenhaus**
> 1690 Brookfield Drive
> Ann Arbor, Michigan 48103
> Email: crockenhaus@icloud.com
> Phone: (254) 340-7910

Plaintiff respectfully requests that the Court and all parties update their records accordingly and direct all future correspondence, orders, and filings to the above address. The government's Certificate of Service filed with ECF No. 44 reflects an outdated address of 312 W. Huron St., Ann Arbor, MI 48103. That address is no longer current. All future service should be directed to 1690 Brookfield Drive, Ann Arbor, Michigan 48103.

---

Respectfully submitted,

/s/ Conrad Rockenhaus

Conrad Rockenhaus, Plaintiff Pro Se
1690 Brookfield Drive
Ann Arbor, Michigan 48103
crockenhaus@icloud.com
(254) 340-7910

Dated: April 11, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2026, I filed the foregoing Notice of Change of Address with the Clerk of the Court using the Court's electronic filing system, which will send notification of such filing to all counsel of record, including Benjamin A. Anchill, Assistant United States Attorney, counsel for Defendants.

/s/ Conrad Rockenhaus

Conrad Rockenhaus