**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CONRAD ROCKENHAUS,

Plaintiff,                                                    Civil No. 2:25-cv-12716

v.                                                            Hon. Jane M. Beckering

                                                             Magistrate Judge Sally J. Berens

STYLIANOS AGAPIOU, et al.,

Defendants.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
(Fed. R. Civ. P. 41(a)(1)(A)(i))

Plaintiff Conrad Rockenhaus, appearing pro se, hereby gives notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that he voluntarily dismisses the above-captioned action without prejudice.

As grounds for this dismissal, Plaintiff states as follows:

1.  Defendants have not yet filed an answer or a motion for summary judgment in this action. Defendants filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) on April 9, 2026 (ECF No. 44). A motion to dismiss is not an answer or a motion for summary judgment within the meaning of Rule 41(a)(1)(A)(i). Accordingly, Plaintiff retains the right to voluntarily dismiss this action without a court order.

2.  Plaintiff has reviewed the legal arguments set forth in Defendants' Motion to Dismiss and, upon reflection, concludes that voluntary dismissal without prejudice is the most appropriate course of action at this time, in the interest of judicial economy and in light of the legal landscape governing Bivens claims following Egbert v. Boule, 596 U.S. 482 (2022).

3.  This dismissal is without prejudice to Plaintiff's right to refile any claims in an appropriate forum or proceeding in the future, to the extent permitted by law.

4.  Plaintiff respectfully requests that the Court take notice of this voluntary dismissal and direct the Clerk to close the case accordingly.

WHEREFORE, Plaintiff Conrad Rockenhaus respectfully provides notice of the voluntary dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

---

Respectfully submitted,


/s/ Conrad Rockenhaus
Conrad Rockenhaus, Plaintiff Pro Se
1690 Brookfield Drive
Ann Arbor, Michigan 48103
crockenhaus@icloud.com
(254) 340-7910

Dated: April 11, 2026

---

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2026, I filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the Court's electronic filing system, which will send notification of such filing to all counsel of record, including Benjamin A. Anchill, Assistant United States Attorney, counsel for Defendants.


/s/ Conrad Rockenhaus
Conrad Rockenhaus